**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01842-NYW

MAYELA VILLEGAS-GODOY,

      Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility, Aurora, CO,
ROBERT HAGAN, Field Office Director of the Denver Field Office, U.S. Immigration and
Customs Enforcement,
TODD M. LYONS, Acting ICE Director,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
PAMELA BONDI, Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 21, 2026 [Doc. 12], it is

ORDERED that because Petitioner has received the relief to which she is entitled, *see* [Doc. 10 at 1], final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 21st day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk